IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Judgment Creditor,<br><br>　　　　　　　　v.<br><br>HODA SAMUEL,<br><br>　　　　Defendant and Judgment Debtor. | MISC. CASE NO.  2:15-mc-00131-KJM-AC<br><br>CASE NO.:  2:10-cr-00223-JAM<br><br>**ORDER FOR A THIRD PARTY TO APPEAR FOR EXAMINATION AND TO PRODUCE DOCUMENTS AT EXAMINATION**<br><br>DATE: DECEMBER 23, 2015<br>TIME:  10:00 A.M.<br>COURTROOM NO.:  26, 8TH FLOOR<br>JUDGE:  HON.  ALLISON CLAIRE |

　　　TO:　　AIAD SAMUEL

　　　YOU ARE ORDERED TO PERSONALLY APPEAR before this Court to furnish information to aid in the collection of a criminal judgment entered against you in this case.  Your appearance is ordered on December 23, 2015, at 10:00, a.m., in the Courtroom of the Honorable Allison Claire, at the United States Courthouse, 501 I Street, Sacramento, California, 8th Floor, in Courtroom No. 26.

　　　If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of Court, and the Court may make an order requiring you to pay the reasonable attorney's fees incurred by the United States in these proceedings.

　　　YOU ARE ALSO ORDERED to bring with you to the examination, the following books, documents, and things that are in your possession, custody, or control:

ORDER　　　　　　　　　　　　　　　　　　　1

1. Earnings statements for you and your spouse for the last six (6) consecutive pay periods.
2. Business records for you and your spouse for the last three (3) consecutive calendar/tax years which reflect assets, liabilities, gross receipts, expenses, and the amount of compensation and distributions paid to you and your spouse by any sole proprietorship, partnership or corporation in which you or your spouse have an interest.
3. Bank statements for the last twelve (12) consecutive months from all banks and financial institutions where you and/or your spouse have a personal or business account of any kind.
4. All trust agreements in which you and/or your spouse are named as trustor, trustee, beneficiary or administrator.
5. All deeds, leases, contracts, and other documents representing any ownership interest you and/or your spouse have in any real property; all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on your and your spouse's real property; and all statements showing the present balances owing on any debts secured by such real property.
6. Documents showing you and/or your spouse's ownership or interest in stocks, bonds, or other securities of any kind, including options to purchase.
7. Registration papers for all motor vehicles, recreation vehicles or boats registered to you and your spouse or used primarily by you and your spouse.
8. All permanent life insurance policies and papers in which you and/or your spouse are the insured, owner or beneficiary; and all papers that show the present cash surrender value of all such policies.
9. All promissory notes and any other documents evidencing money owed to you and/or your spouse either now or in the future.
10. All loan applications and financial statements furnished by you and your spouse to any financial institution or commercial business within the last 12 months.

///

///

ORDER 2

11. All deeds, bills of sale, or any other documents relating to any transfer of real or personal property made by you and/or your spouse, either by gift, sale or otherwise, within the last 12 months.

12. All documents relating to any interest you and your spouse have in any pension plan, retirement fund, profit sharing plan, disability plan, or any other deferred compensation plan; including all papers showing monthly deposits and account balances.

13. Federal income tax returns for you and your spouse filed for the past three (3) consecutive tax years.

14. Copy of any lease or rental agreement relating to your residence, and to any other real property in which you have an interest.

15. All documents that relate to any other real or personal property in which you and/or your spouse have an interest.

IT IS SO ORDERED.

DATED: November 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE