UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-0131 KJM AC |
|     Plaintiff and Judgment Creditor, | |
| v. | ORDER |
| HODA SAMUEL, | |
|     Defendant and Judgment Debtor. | |

    In this proceeding against judgment debtor Hoda Samuel, the United States seeks to conduct an examination of Aiad Samuel ("respondent"), a third party and the judgment debtor's spouse, in aid of a $3 million criminal restitution judgment against the judgment debtor. ECF No. 1; see <u>United States v. Hoda Samuel</u>, 2:10-cr-0223 JAM, ECF No. 597 (E.D. Cal. July 2, 2014) (amended judgment in a criminal case). The proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(11).

    On November 3, 2015, the court granted the government's ex parte application for respondent to appear for an examination and to produce documents. ECF No. 4. Respondent has now moved to vacate that order, and requests 28 days to oppose the ex parte application. ECF No. 6. In the alternative, respondent asks that the examination and document production be

////

continued until "after his [respondent's] Christmas holiday, which falls on January 11, 2016." ECF No. 6 at 4.

Respondent also asserts that the order is defective in that it identifies him as the person against whom a criminal judgment was entered. Respondent is correct that the order incorrectly orders him "to furnish information to aid in the collection of a criminal judgment entered against *you* in this case." ECF No. 4 at 1 (emphasis added). There is no criminal judgment against respondent, and this proceeding does not seek to collect a judgment from him, rather, it only seeks information from him. For that reason alone, the court is inclined to vacate the order.

The government's application does not indicate any urgency in conducting the examination, and so the court will grant respondent's request for 28 days to prepare an opposition to the government's application. The court notes that the government initially sought information from respondent on or about July 22, 2014, and it does not indicate that it took any action after respondent "failed to complete the financial questionnaire or return the requested documents," until filing its ex parte application on October 29, 2015. See ECF No. 1 ¶ 2.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. The order of November 3, 2015 (ECF No. 4), is VACATED. The date for the examination and document production, scheduled for December 23, 2015, is VACATED.

2. Plaintiff's request for 28 days to file his opposition to the government's ex parte application is GRANTED. Plaintiff shall file his opposition no later than January 6, 2016 at 3:30 p.m.

3. The government shall file its response to plaintiff's opposition no later than January 20, 2016 at 3:30 p.m.

DATED: December 10, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE