UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-0131 KJM AC |
|     Plaintiff and Judgment Creditor, | |
|     v. | ORDER |
| HODA SAMUEL, | |
|     Defendant and Judgment Debtor. | |

The judgment debtor examination of Respondent, Aiad Samuel is scheduled for March 16, 2016 at 10:00 a.m. ECF No. 13. Respondent again moves for a continuance of the examination. ECF No. 19. In his previous request for continuance, Respondent asserted that (1) he was attempting "to marshal the materials and records sought by the Government in this action," (2) the March 16th date conflicted with the date his wife has an oral argument in the Ninth Circuit, but also (3) he, Respondent, would be "adversely affected" by any continuance. ECF No. 15.

Respondent now offers three new reasons for a continuance: (1) he has severe back, neck and knee pain that, together with the medications prescribed to treat it, prevent him from driving or taking care of his personal affairs; (2) his medical problems have prevented him from retaining counsel; and (3) his financial problems have prevented him from retaining counsel. Respondent

1

asserts that his medical problems arose from a fall that occurred "in mid-February." ECF No. 19 at 2.

The court notes that Respondent's last request for a continuance was filed on February 25, 2016, which is after "mid-February," and makes no mention of any fall or medical conditions. See ECF No. 15. To the contrary, one of the reasons Respondent offered as a reason to postpone the examination was his desire to travel to San Francisco to attend his wife's oral argument before the Ninth Circuit on what he inaccurately claimed was the same day the examination was scheduled. See ECF No. 15 at 3. Respondent does not explain how he could travel five hours, round trip, from his home in Elk Grove to San Francisco on March 16th, but is too impaired to travel 45 minutes, round trip, from Elk Grove to downtown Sacramento on that day.

For the above reason, and for the reasons set forth in the government's Opposition (ECF No. 20), IT IS HEREBY ORDERED that Respondent's Motion To Postpone Rule 69 Examination (ECF No 19), is DENIED.

DATED: March 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE