UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>HODA SAMUEL,<br><br>    Defendant and Judgment Debtor. | No. 2:15-mc-0131 KJM AC<br><br>ORDER |

Respondent Aiad Samuel moves to stay the judgment debtor examination proceedings in this case based upon his having filed a bankruptcy case. ECF No. 24. The United States has filed a Statement of Non-Opposition. ECF No. 25.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion to hold these proceedings in abeyance (No. 24) is GRANTED;

2. These proceedings are STAYED; and

3. The United States shall file a status report in this case on July 6, 2016, and every 90 days thereafter, advising the court whether it continues to have no opposition to staying this matter.

DATED: May 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE