IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HODA SAMUEL,<br><br>    Defendant. | Case No.: 2:15-MC-00131-KJM-AC<br><br>**ORDER DISMISSING THE UNITED STATES' THIRD-PARTY EXAMINATION CASE** |

The United States filed its Final Status Report advising it no longer requires the third-party examination of Aiad Samuel, defendant's husband, to aid it in enforcing Defendant's criminal judgment, and requesting dismissal of this case.  The Court, having reviewed the United States' Final Status Report, the court files, and finding good cause therefrom, hereby DISMISSES the case.

    IT IS SO ORDERED.

DATED:  September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER